PROB 34 **Report and Order Terminating Supervised Release**
(Rev. 5/01)

FILED
Clerk
District Court

# UNITED STATES DISTRICT COURT

FEB - 9 2006

FOR THE

*District of the Northen Mariana Islands*

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CRIMINAL CASE NO. 01-00002-001 |
| JOSEPH TEMAN SEMAN | |

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **February 4, 2006**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MARGARITA DLG WONENBERG
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: AUSA
Defense Counsel
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ day of February 2006

_____
Honorable Alex R. Munson
Chief Judge
U.S. District Court for the
Northern Mariana Islands