F I L E D
Clerk
District Court

FEB 14 2006

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF THE NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 01-00002-001 |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION AND ORDER FOR** |
| | ) | **RELEASE OF PASSPORT** |
| | ) | |
| JOSEPH TAMAN SEMAN | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

COMES NOW, U.S. Probation Officer Margarita D.L.G. Wonenberg, in the above-captioned case and requests for the release of U.S. Passport No. 120935997 which is being held by the Court. Mr. Seman previously surrendered his passport as condition of his pretrial release. He has since been sentenced and completed his term of supervised release.

Dated this 13th day of February, 2006.

_____
MARGARITA DLG WONENBERG
U.S. Probation Officer

### ORDER

On the application of U.S. Probation Officer Margarita DLG Wonenberg, the Clerk of Court is hereby ordered to release the passport belonging to Joseph Taman Seman.

Dated this 14th day of February, 2006.

_____
ALEX R. MUNSON
Chief Judge
District of the Northern Mariana Islands